UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JARLENE M. LEWIS | ) | CASE NO. 16-11556 |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 7 |

## **OBJECTION**

Comes now, the Debtor, by counsel, and files her Objection to the funds being held on deposit in the Clerk of the Court and in support thereof states:

1. On May 31, 2019, a Notice To All Creditors was issued by the Clerk of the United States Bankruptcy Court.

2. Said Notice provided that if no objection or motion was filed regarding the funds on deposit with the Clerk, the funds will be treated as unclaimed funds.

3. The Debtor objects to the funds on deposit being treated as unclaimed funds and requests the return of said funds.

WHEREFORE, the Debtor prays that the Court return the funds to the Debtor and for all other just and proper relief in the premises.

Dated: June 18, 2019               Respectfully submitted,

                                   By:   /s/Anthony Adolf
                                         Anthony Adolf, #19247-64
                                         4656 W. Jefferson Blvd., Ste. 150
                                         Fort Wayne, IN 46804
                                         260/ 426-5253

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of this Notice of Amendment was served on the parties by placing a copy in the U.S. Mail or email on June 18, 2019, at the addresses listed below or attached hereto.

                                         /S/ Anthony T. Adolf
                                         Anthony T. Adolf, 19247-64

SERVICE LIST:

Dustin Roach
436 E. Wayne Street
Fort Wayne, IN 46802

United States Trustee,
555 One Michiana Square
100 East Wayne Street
South Bend, IN, 46601